FILED

2019 Jul-29  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

*S:19-CV-1200-ACA-SGC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2019 JUL 29  A II: 01

_TRAVIS GRIGGS_

Inmate Identification Number: _212909_

_28,779 Nick Davis Rd._

_Harvest, Al 35749_

(Enter above the full name of the plaintiff
in this action)

---

**NOTICE TO FILING PARTY**

_It is your responsibility to
notify the clerk in writing of any
address change._

_Failure to notify the clerk may
result in dismissal of your case
without further notice._

---

vs.

_Jeremy Pelzer_

_Dustin Ward_

_Jermaine Bates_

_Jeremy Bellmon, Micheal Jones_

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes (  )      No ( ✓ )

    B.  If the answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff: _____ N/A _____

            Defendant(s): _____ N/A _____

2

2. Court (if Federal Court, name the district; if State Court, name the county)

_____ N/A _____

3. Docket number _____

4. Name of judge to whom case was assigned ___ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____ N/A _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition ___ N/A _____

II. Place of present confinement _Limestone Correctional Center_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )      No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?      Yes ( )      No ( ✓ )

C. If your answer is YES:

   1. What steps did you take? _____ N/A _____

   2. What was the result? _____ N/A _____

D. If your answer is NO, explain why not: _ADOC does not_
   _have a grievance system_

_____

_____

_____

3

III.    Parties.
        In item (A) below, place your name in the first blank and place your present address in the
        second blank.

        A.      Name of Plaintiff(s) _Travis Griggs #212909_
                _Limestone Correctional Center_
                Address _28779 Nick Davis Rd._
                _Harvest, Al 35749_

        In item (B) below, place the full name of the defendant in the first blank, his official position in
        the second blank, and his place of employment in the third blank. Use Item (C) for the names,
        positions, and places of employment of any additional defendants.

        B.      Defendant _Jeremy Pelzer_
                Is employed as _Correctional Officer_
                at _Limestone Correctional Center_

        C.      Additional Defendants _____
                _See Attachment_
                _____
                _____

IV.     Statement of Claim

        State here, as briefly as possible, the FACTS of your case. Describe how each defendant is
        involved. Include also the names of other persons involved, dates and places. Do not give any
        legal arguments or cite any cases or statues. If you intend to allege a number of related claims,
        number and set forth each claim in a separate paragraph. Use as much space as you need. Attach
        extra sheets, if necessary.

        _See Attachment_
        _____
        _____
        _____
        _____

4

V.   RELIEF

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

_See Attachment_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 19, 2019_

SIGNATURE

ADDRESS _Limestone Correctional Center_
_28779 Nick Davis Rd._
_Harvest, Al 35749_

AIS # _212909_

Snow This 19th day of July 2019.

Notary Public

My commission expires January 12, 2021

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ALABAMA

~~F~~ILED

2019 JUL 29 A 11: 01

U.S. DISTRICT COURT
N.D. OF ALABAMA

TRAVIS GRIGGS,

    Plaintiff,

VS.

JEREMY PELZER

DUSTIN WARD

JERMAINE BATES

JEREMY BELLMON

MIKE JONES

    Defendants,

CASE NO:_____

JURY TRIAL IS DEMANDED.

## CIVIL RIGHTS ACTION PURSUANT
## TO 42 USC SECTION 1983

    This is a Civil Rights Action filed by Travis Griggs, a State prisoner, for damages and injunctive relief under 42 USC Section 1983, alleging excessive use of force and failure to protect in violation of the Eighth Amendment to the United States Constitution. The Plaintiff also alleges the Torts of Assault and Battery.

### JURISDICTION

    The Court has Jurisdiction over the Plaintiff's claims of violation of Federal Constitutional Rights under 42 USC Sections 1331(1) and 1343.

(1).

## PARTIES

**(1).** The Plaintiff, Travis Griggs, a State Prisoner was incarcerated at Limestone Correctional Center at all times during the events described in this complaint.

(2). Defendant Jeremy Pelzer is a Correctional Sergent employed at Limestone Correctional Center. He is being sued in his individual capacity.

(3). Defendants Dustin Ward, Jermaine Bates, Jeremy Bellmon and Micheal Jones are Correctional Officer employed at Limestone Correctional Center. They are being sued in their individual capacity.

(4). All Defendants have acted and continue to act under color of State Law at all times relevant to this complaint.

## FACTS

(5). On May 6, 2019, Plaintiff was attending a Disciplinary Hearing in C Dorm interview room, being conducted by Hearing Officer Micheal Jones and charging Officer Jeremy Pelzer.

(6). During the Hearing, Plaintiff was in handcuffs, sitting in a chair approximately 6 feet from both Defendants Micheal Jones and Jeremy Pelzer, who were seated behind a table. Defendants Jeremy Bellmon, Dustin Ward and Jermaine Bates were standing on both sides of me.

## MISUSE OF FORCE

(7). As I was sitting in the chair, listening to Defendant Jeremy Pelzer give false testimony, I held up my handcuffed hands and stated, " Why You Sitting There Lying?" you just mad at the world cause your arms are shorter than everybody elses " ( an insult directed at Defendant Pelzer's physical deformity ).

(2).

(8). Defendant Pelzee became visibly angry, jumped out of his chair, pulled out his mace, sprayed me in the face and neck area, then charged across the room, grabbed me by the shirt, pulled me out of my chair and slammed me to the floor.

## FAILURE TO PROTECT

(9). During these events, Defendants Ward, Bates, Bellmon and Jones did not intervene to prevent nor protect Plaintiff from the assault by Defendant Pelzee.

(10). During the events the Plaintiff did not pose a physical threat to any of the Officers at any time.

(11). After the above described assault, Plaintiff was escorted to the Health Care Unit by Defendants Ward, Bates and Bellmon, where he was detoxed from the mace and given a body chart to document the assault.

## ABUSE OF PROCESS

(12). While Plaintiff was receiving medical attention, Defendant Pelzee created a false narrative to cover up his unauthorize use of force and used it to lodge a bogus disciplinary against Plaintiff for assault on a person associated with ADOC.

## CLAIMS FOR RELIEF

(13). The actions of Defendant Pelzee, in using physical force against Plaintiff without need or physical threat were done maliciously and sadistically, which constituted cruel and unusual punishment
i

(3).

in violation of the Eighth Amendment of the United States Constitution.

(14). The actions of Defendants Bates, Ward, Bellmon an Jones in failing
to intervene to prevent the wanton misuse of force constituted
" deliberate indifference " to Plaintiff's safety and contributed to
the above described violation of his Eighth Amendment Rights.

### RELIEF REQUESTED

(15). Wherefore, Plaintiff requests that the court grand the following
relief:

A. Issue a Declaratory Judgement Stating That:

(1). The physical abuse of the Plaintiff by Defendant Jeremy
Pelzer violated the Plaintiff's rights under the Eighth
Amendment to the United States Constitution and con-
stituted an assault under Alabama Law.

(2). Defendants Jeremy Bellmon, Dustin Ward, Jermaine Bates
and Micheal Jones failure to take action to curb the
physical abuse of Plaintiff violated the Plaintiff's
rights to be free of cruel and unusual punishment, as
guaranteed by the Eighth Amendment of the United States
Constitution.

(3). Defendant Jeremy Pelzer's actions in lodging a fraudulent
disciplinary against Plaintiff violated Plaintiff's rights
under the Due Process Clause of the Fourteenth Amendment
to the United States Constitution.

(4).

(B). Issue an Injunction Ordering the Defendants to:

    (1). Expunge the Disciplinary Conviction, for assault on a person associated with the ADOC, from Plaintiff's Institutional Record.

(C). Award Compensatory Damages in the following amounts:

    (1). $ 10,000 against Defendant Jeremy Pelzer for the physical abuse and injuries sustained as a result of Plaintiff's assault.

    (2). $5,000 against Defendant Jeremy Pelzer for the punishment, including deprivation of Liberty and amenity resulting from the denial of Due Process in connection with the Plaintiff's Disciplinary Charge.

(D). Award Punitive Damages in the following Amounts:

    (1). $10,000 against Defendant Jeremy Pelzer.

    (2). $5,000 each against Defendants Jeremy Bellmon, Dustin Ward, Jermaine Bates and Micheal Jones.

(F). And, the court to grant any other such relief as it may appear Plaintiff is entitled.

7 / 14 / 2019

RESPECTFULL SUBMITTED,

TRAVIS GRIGGS # 212909
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS RD
HARVEST, ALABAMA 35749

(5).