UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TRAVIS GRIGGS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:19-cv-01200-ACA-SGC |
| JEREMY PELZER, et al., | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

The magistrate judge filed a report on July 6, 2020, recommending that the court grant in part and deny in part defendants' motion for summary judgment. (Doc. 20). Although advised of their rights to do so, no party has filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, the court **GRANTS IN PART** and **DENIES IN PART** the motion for summary judgment (doc. 10). The court **GRANTS** the motion and **WILL ENTER SUMMARY JUDGMENT** in favor of Defendants Dustin Ward, Jermaine Bates, Jeremy Bellmon, and Mike Jones and against Plaintiff Travis Griggs on all claims asserted against them. The court also **GRANTS** the motion in favor of Defendant

2

Jeremy Pelzer on the due process claim asserted against him, and **WILL ENTER SUMMARY JUDGMENT** in Mr. Pelzer's favor and against Mr. Griggs on that claim.  However, the court **DENIES** the motion for summary judgment with respect to the excessive force claim asserted against Mr. Pelzer, and **REFERS** that claims to the magistrate judge for further proceedings.

The court will enter a separate partial judgment in accordance with this memorandum opinion and order.

**DONE** and **ORDERED** this July 31, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE